Lee H. Durst, Esq. (69704)
**The Durst Firm**
16027 Brookhurst St., I-304
Fountain Valley, CA  92708
Telephone:     (949) 400-5068
Facsimile:     (714) 242-2096
Email: lee.durst@gmail.com

Attorney for Plaintiffs KULVIR SINGH
MEHROKE , BHAJAN SINGH, and KAMBOJ
LLC

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| KULVIR SINGH MEHROKE, an individual, BHAJAN SINGH, an individual, KAMBOJ LLC, a California Limited Liability Company,<br><br>        Plaintiffs,<br><br>vs.<br><br>NIRMAL SINGH, an Individual, NACHHATTAR S. CHANDI, an individual, SUSANA E. CHANDI, an individual, KS CHANDI & SONS, INC., a California Corporation and DOES 1-100, inclusive.<br><br>        Defendants. | CASE NO. 2:13-CV-00663<br><br>**STIPULTION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER** |

Plaintiffs Kulvir Singh Mehroke, Bhajan Singh, and Kamboj, LLC (collectively "Plaintiffs") and Defendants Nirmal Singh, and KS Chandi & Sons, Inc. (collectively "Defendants") here by stipulate as follows: (i) Plaintiffs and Defendants have agreed to settle this matter and have memoralized those terms in a written Settlement Agreement and Release providing for the dismissal of Plaintiffs' Complaint and the entirety of the above-captioned action with prejudice, and (ii) Plaintiffs and Defendants request that the Court retain jurisdiction solely to enforce the terms of the Settlement Agreement and Release.

## ORDER

Pursuant to the parties' Stipulation (ECF No. 7.), and good cause appearing therefore, it is hereby ordered that:

1. Plaintiffs' Complaint and the entirety of the above-entitled action  is dismissed with prejudice; and
2. The Court shall retain jurisdiction solely to enforce the terms of the Settlement Agreement and Release between Plaintiffs and Defendants.

IT IS SO ORDERED.

DATED:  April 26, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT